1  Jeremy Sugerman, State Bar No. 146315
   Daniel J. O'Rielly, State Bar No. 214846
2  **GORDON-CREED, KELLEY,**
3  **HOLL & SUGERMAN, LLP**
   222 Kearny Street, Suite 650
4  San Francisco, California  94108
   Telephone:  (415) 421-3100
5  Facsimile:  (415) 421-3150

6
   Attorneys for Plaintiffs
7  CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12 | CERTAIN UNDERWRITERS AT LLOYD'S, | ) | Case No.:  CV 04-00021 JF |
13 | LONDON, | ) | |
   | | ) | **STIPULATION AND** |
14 | Plaintiffs, | ) | **ORDER OF DISMISSAL WITHOUT** |
   | | ) | **PREJUDICE** |
15 | vs. | ) | |
16 | | ) | |
   | BALBIR SINGH, an individual and dba WEST | ) | |
17 | VALLEY CAB; DHARAM SINGH, an | ) | |
   | individual;  ANIL SOOD, an individual and dba | ) | |
18 | AASK INSURANCE SERVICES; MICHAEL | ) | |
19 | and ALICE SHERBURNE, individuals; and | ) | |
   | THAC DINH TE, an individual, | ) | |
20 | | ) | |
21 | Defendants. | ) | |

22
23     Plaintiff, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and defendants MICHAEL
24 AND ALICE SHERBURNE, through their designated counsel, hereby stipulate that defendants Michael
25 Sherburne and Alice Sherburne shall be and hereby are dismissed from this action without prejudice
26 pursuant to Federal Rules of Civil Procedure 41(a)(1).
27     Plaintiff, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and defendants MICHAEL
28 AND ALICE SHERBURNE hereby further stipulate that each party shall bear its own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 20, 2005 | GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP |
| 2 | | |
| 3 | | By:   */s/ Jeremy Sugerman* |
| 4 | | Jeremy Sugerman |
| 5 | | Attorneys for Plaintiffs CERTAIN UNDERWRITERS AT |
| 6 | | LLOYD'S, LONDON |
| 7 | Dated: June 20, 2005 | COLLINS & SCHLOTHAUER |
| 8 | | |
| 9 | | By:   */s/ Mark Scott Collins* |
| 10 | | Mark Scott Collins |
| 11 | | Attorneys for Defendants MICHAEL AND ALICE SHERBURNE |

IT IS SO ORDERED:

Dated: June 22, 2005        (s/electronic-signature-authorized)
                            The Honorable Jeremy Fogel
                            Judge of the United States District Court

## PROOF OF SERVICE BY MAIL
### [CCP Secs. 1011, 2015.5]

**Re:** Certain Underwriters at Lloyds, London v. Balbir Singh, et al.

I declare that I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 222 Kearny Street, Suite 650, San Francisco, California 94108.

On June 20, 2005, I served the within **DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** on the parties in the within action at the address below listed by mailing true copies thereof with the U.S. Postal Service, first class mail, in a sealed envelope with postage affixed thereon, as follows:

| | |
|---|---|
| Balbir Singh<br>2055 Morrell Avenue<br>San Jose, California  95132 | |

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and that the above-referenced documents were deposited with the United States Postal Service for collection and processing on that date, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 20, 2005, at San Francisco, California.

                                                          /s/ *Linda J. Halperin*
                                                          Linda J. Halperin